# Texas Court of Criminal Appeal

Michael Gray
Applicant

App. Court No# WR-81,307-01
Tril Court No# W-10,880 CR-1

vs

Steve Cowan
The State

## Motion to Dismiss indictment

Mr. Ortega, from the D.P.S, sent a report to the State (D.A, Cowan) on behalf of whether or not applicant had a duty or requirement to register in 2012, and the D.P.S, report stated no applicant never had a duty or requirement to register. This report clearly proves applicant is actually innocent, and it is for this reason, and because of this D.P.S, report that applicant is requesting that the indictment that currently has applicant incarcerated be dismissed, and that applicant be exonerated and released, due to applicants actual innocents.

**MOTION DISMISSED**
**DATE:** 1-16-15
**BY:** PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Sincerely
Michael Joseph Gray

1-7-2015

# Texas Court of Criminal Appeals

Applicant: Michael Joseph Gray  §  Trial Crt No.# W-10,880-cr-1

vs.  §  App. Crt No.# WR-81,307-01

The State: Steve Cowan

## Motion to be removed from the duty or requirement to register

Applicant only had a duty or requirement to register for ten years (2001 until 2011), not for life, like Mr. Cowan would like to see happen. The State (Mr. Cowan) knew that applicant only had a duty to register for ten years, and that is proven by the article under which The State (Mr. Cowan) charged applicant (§62.102). This article clearly states that anyone who falls under this article who has a duty or requirement to register every 90 days only has a duty or a requirement to do so for ten years. So for The State (Mr. Cowan) to contact the D.P.S, and have them place applicant back on the list that would require applicant to have to register again, is an intentional abuse of power, or dereliction of the duty given to him by the voters. The State (Mr. Cowan) can not change applicants duty or requirement to register from ten years, just because The State (Mr. Cowan) misstakenly sent an innocent man who had no duty or requirement to register to prison, to now have a duty or requirement to register for life.  see:
State v. Ameem, 2013 Ohio 1555 (Ohio Ct. App. 2013);
2013 Ohio App. Lexis 1448.

Sincerely
Michael Joseph Gray
1-7-2015